FILED

2011 MAR -2 PM 2: 21

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA CALIF.

1   RON E. SHULMAN (State Bar No. 178263)
RShulman@wsgr.com
2   MICHAEL A. LADRA (State Bar No. 64307)
MLadra@wsgr.com
3   JAMES C. YOON (State Bar No. 177155)
JYoon@wsgr.com
4   WILSON SONSINI GOODRICH & ROSATI, P.C.
650 Page Mill Road
5   Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
6   Facsimile: (650) 565-5100

7   JULIE M. HOLLOWAY (State Bar No. 196942)
JHolloway@wsgr.com
8   WILSON SONSINI GOODRICH & ROSATI, P.C.
One Market Plaza
9   Spear Tower, Suite 3300
San Francisco, CA 94105-1126
10   Telephone: (415) 947-2000
Facsimile: (415) 947-2099

11   Additional Counsel Listed on next page

12

# By Fax

13   Attorneys for Plaintiffs
AU OPTRONICS CORPORATION and
14   AU OPTRONICS CORPORATION AMERICA

15                 UNITED STATES DISTRICT COURT

16                 CENTRAL DISTRICT OF CALIFORNIA

17   AU OPTRONICS CORPORATION, a          CASE NO.   SACV11-00338 CJC (RNBx)
Taiwanese corporation, and AU
18   OPTRONICS CORPORATION                 **COMPLAINT FOR PATENT**
AMERICA, a California corporation      **INFRINGEMENT**
19
Plaintiffs,                       **DEMAND FOR JURY TRIAL**
20
v.
21
SHARP CORPORATION a.k.a. SHARP
22   KABUSHIKI KAISHA, a Japanese
corporation, and SHARP
23   ELECTRONICS CORPORATION, a
New York corporation,
24
Defendants.
25

26

27

28

COPY

Additional Counsel for AU OPTRONICS CORPORATION
and AU OPTRONICS CORPORATION AMERICA:

NATALIE J. MORGAN (State Bar No. 211143)
nmorgan@wsgr.com
WILSON SONSINI GOODRICH & ROSATI, P.C.
12235 El Camino Real, Suite 200
San Diego, CA 92130
Telephone:  (858) 350-2300
Facsimile: (858) 350-2399

M. CRAIG TYLER (*pro hac vice pending*)
ctyler@wsgr.com
JOSE C. VILLARREAL (*pro hac vice pending*)
jvillarreal@wsgr.com
STEPHEN R. DARTT (State Bar No. 247552)
sdartt@wsgr.com
WILSON SONSINI GOODRICH & ROSATI, P.C.
900 South Capital of Texas Hwy.
Las Cimas IV, Fifth Floor
Austin, TX 78746
Telephone:  (512) 338-5400
Facsimile:  (512) 338-5499

MICHAEL W. DE VRIES (State Bar No. 211001)
mike.devries@lw.com
LATHAM & WATKINS LLP
650 Town Center Drive
20th Floor
Costa Mesa CA 92626-1925
Telephone:  (714) 755-8170
Facsimile:  (714) 755-8290

1    Plaintiffs AU OPTRONICS CORPORATION and AU OPTRONICS

2    CORPORATION AMERICA (collectively, "AUO") for its complaint against

3    defendants SHARP CORPORATION a.k.a. SHARP KABUSHIKI KAISHA

4    ("Sharp Japan") and SHARP ELECTRONICS CORPORATION ("Sharp

5    America") (collectively, "Sharp" or the "Defendants") state and allege as follows:

6                              **JURISDICTION AND VENUE**

7          1.     This action is based upon and arises under the Patent Laws of the

8    United States, 35 U.S.C. § 100 et seq., and in particular §§ 271, 281, 283, 284 and

9    285, and is intended to redress infringement of the Patents-in-Suit owned by AU

10   Optronics Corporation and AU Optronics Corporation America.  This Court has

11   jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331

12   and 1338(a).

13         2.     Defendants have transacted and continue to transact business in the

14   United States and in the Southern Division of this judicial district by: using or

15   causing to be used; making; importing or causing to be imported; offering to sell or

16   causing to be offered for sale; and/or selling or causing to be sold directly, through

17   intermediaries and/or as an intermediary, a variety of products that infringe the

18   Patents-in-Suit.

19         3.     This Court has personal jurisdiction over Sharp Japan, and venue is

20   proper in this judicial district pursuant to 28 U.S.C. §§ 1391 (b), (c) and (d), and 28

21   U.S.C. § 1400(b), in that the Defendants are committing and are causing acts of

22   patent infringement within the United States and within this judicial district,

23   including the infringing acts alleged herein, both directly, through one or more

24   intermediaries, and as an intermediary, and in that Sharp Japan has caused and

25   causes injury and damages in this judicial district by acts or omissions outside of

26   this judicial district, including but not limited to utilization of its own distribution

27   channels established in the United States, to import a variety of products that

28   infringe the Patent-in-Suit into the United States and into this judicial district while

COMPLAINT FOR PATENT INFRINGEMENT;                    -1-
DEMAND FOR JURY TRIAL

1   deriving substantial revenue from services or things used or consumed within this
2   judicial district, and will continue to do so unless enjoined by this Court.

3       4.    This Court has personal jurisdiction over Sharp America and venue is
4   proper in this judicial district pursuant to 28 U.S.C. §§ 1391 (b) and (c), and 28
5   U.S.C. § 1400(b), in that the Defendants are committing acts of patent
6   infringement within the United States and within this judicial district, including the
7   infringing acts alleged herein, both directly, through one or more intermediaries,
8   and as an intermediary.

9       5.    On information and belief, Sharp America regularly imports large
10  quantities of Sharp Japan products into the United States for distribution
11  throughout the United States, including in the Southern Division of this judicial
12  district.  On information and belief, Sharp America is involved in the distribution
13  of LCD products that infringe that Patents-in-Suit and is aware that its products are
14  sold throughout the United States, including in the Southern Division of the
15  Central District of California. On information and belief, the established
16  distribution networks of the Defendants consist of national distributors and
17  resellers, and the Defendants distribute to national retailers that have stores located
18  in the Southern Division of the Central District of California.  By shipping into,
19  offering to sell in, using, or selling products that infringe the Patents-in-Suit in this
20  judicial district, or by inducing or causing those acts to occur, Sharp America has
21  transacted business and performed works and services in this judicial district, has
22  contracted to supply services and things in this judicial district, and has caused
23  injury and damages in this judicial district while deriving substantial revenue from
24  services or things used or consumed within this judicial district.

25  **NATURE OF THE ACTION**

26      6.    AU Optronics Corporation and AU Optronics Corporation America
27  are the owners of United States Patent No. 7,723,728 ("the '728 patent"), United
28

1   States Patent No. 7,771,098 ("the '098 patent"), and United States Patent No.

2   7,101,073 ("the '073 patent) (collectively, the "Patents-in-Suit").

3        7.     This is a civil action for the infringement of the Patents-in-Suit,

4   including the willful infringement of the Patents-in-Suit by Defendants.

5        8.     The technology at issue involves the design and manufacture of

6   Liquid Crystal Display ("LCD") modules, and thin film transistors on LCD glass

7   panels, which are both types of flat panel displays that are incorporated into a

8   variety of devices, including at least LCD portable computers and handheld

9   devices, LCD computer monitors, and LCD televisions.

10                                **THE PARTIES**

11       9.     AU Optronics Corporation is a corporation existing under the laws of

12  Taiwan, R.O.C., having a principal place of business located at No. 1 Li-Hsin Road

13  2, Science-Based Industrial Park, Hsinchu 300, Taiwan, R.O.C.

14       10.    AU Optronics Corporation America is a California corporation,

15  having a principal place of business at 1525 McCarthy Blvd., Milpitas, CA 95035.

16       11.    On information and belief, Sharp Japan is a corporation existing under

17  the laws of Japan, with a principal place of business located at 22-22 Nagaike-cho,

18  Abeno-ku, Osaka, Japan 545-8522.

19       12.    On information and belief, Sharp America is a corporation existing

20  under the laws of New York, with a principal place of business located at Mahwah,

21  New Jersey.  On information and belief, Sharp America is a wholly owned

22  subsidiary of Sharp Japan that either directly or indirectly imports into, sells,

23  and/or offers for sale Sharp Japan products in the Central District of California and

24  elsewhere in the United States.  On information and belief, Sharp America has its

25  principal place of business at Sharp Plaza, Mahwah, New Jersey 07495-1163.

26       13.    On information and belief, Sharp America's Western Regional Office,

27  a 539,000-square-foot facility, which serves as the hub for sales, marketing, service

28  and warehousing operations in the Western United States, is located in the

1  Southern Division of the Central District of California at 5901 Bolsa Avenue,

2  Huntington Beach, California 92647.

3      14.    On information and belief, Sharp America is registered to do business

4  in California.

5  **THE PATENTS-IN-SUIT**

6      15.    On May 25, 2010, the '728 patent, entitled "Fan-out wire structure for

7  a display panel" was duly and legally issued.  AU Optronics Corporation and AU

8  Optronics Corporation America are the owners by assignment of all rights, title,

9  and interest in and to the '728 patent.  A copy of the '728 patent is attached as

10  Exhibit A.

11      16.    On August 10, 2010, the '098 patent, entitled "Multi-primary color

12  display" was duly and legally issued.  AU Optronics Corporation and AU

13  Optronics Corporation America are the owners by assignment of all rights, title,

14  and interest in and to the '098 patent.  A copy of the '098 patent is attached as

15  Exhibit B.

16      17.    On September 5, 2006, the '073 patent, entitled "Light Positioning

17  Device" was duly and legally issued.  AU Optronics Corporation and AU

18  Optronics Corporation America are the owners by assignment of all rights, title,

19  and interest in and to the '073 patent.  A copy of the '073 patent is attached as

20  Exhibit C.

21      18.    AU Optronics Corporation and AU Optronics Corporation America

22  own the Patents-in-Suit and possesses the right to sue and to recover for

23  infringement of the Patents-in-Suit.

24  **COUNT I**

25  **INFRINGEMENT OF THE '728 PATENT**

26      19.    The allegations in the foregoing paragraphs of this Complaint are

27  incorporated by reference herein as if restated and set forth in full.

28

20. In violation of 35 U.S.C. § 271, Defendants are now, and have been, directly infringing, contributorily infringing and/or inducing infringement of the '728 patent by, among other things, making, using, causing to be used, offering to sell, causing to be offered for sale, selling, causing to be sold, importing and/or causing to be imported without authority or license LCD devices (including but not limited to LCD panels and LCD modules) manufactured by Sharp, its subsidiaries, and its agents or third-party contract manufacturers and LCD products containing such Sharp LCD devices.

21. On information and belief, Defendants have had knowledge of the '728 patent through direct or indirect communications with AUO and/or as a result of their participation in the LCD industry. Thus Defendants' infringement of the '728 patent is and has been deliberate and willful.

22. Unless enjoined, Defendants will continue to infringe the '728 patent, and AUO will suffer irreparable injury as a direct and proximate result of Defendants' conduct.

23. AUO has been damaged by Defendants' conduct, and until an injunction issues will continue to be damaged in an amount yet to be determined.

**COUNT II**

**INFRINGEMENT OF THE '098 PATENT**

24. The allegations in the foregoing paragraphs of this Complaint are incorporated by reference herein as if restated and set forth in full.

25. In violation of 35 U.S.C. § 271, Defendants are now, and have been, directly infringing, contributorily infringing and/or inducing infringement of the '098 patent by, among other things, making, using, causing to be used, offering to sell, causing to be offered for sale, selling, causing to be sold, importing and/or causing to be imported without authority or license LCD devices (including but not limited to LCD panels and LCD modules) manufactured by Sharp, its subsidiaries,

1  and its agents or third-party contract manufacturers and LCD products containing

2  such Sharp LCD devices.

3      26.    On information and belief, Defendants have had knowledge of the

4  '098 patent through direct or indirect communications with AUO and/or as a result

5  of their participation in the LCD industry. Thus Defendants' infringement of the

6  '098 patent is and has been deliberate and willful.

7      27.    Unless enjoined, Defendants will continue to infringe the '098 patent,

8  and AUO will suffer irreparable injury as a direct and proximate result of

9  Defendants' conduct.

10     28.    AUO has been damaged by Defendants' conduct, and until an

11 injunction issues will continue to be damaged in an amount yet to be determined.

12                          **COUNT III**

13              **INFRINGEMENT OF THE '073 PATENT**

14     29.    The allegations in the foregoing paragraphs of this Complaint are

15 incorporated by reference herein as if restated and set forth in full.

16     30.    In violation of 35 U.S.C. § 271, Defendants are now, and have been,

17 directly infringing, contributorily infringing and/or inducing infringement of the

18 '073 patent by, among other things, making, using, causing to be used, offering to

19 sell, causing to be offered for sale, selling, causing to be sold, importing and/or

20 causing to be imported without authority or license LCD devices (including but not

21 limited to LCD panels and LCD modules) manufactured by Sharp, its subsidiaries,

22 and its agents or third-party contract manufacturers and LCD products containing

23 such Sharp LCD devices.

24     31.    On information and belief, Defendants have had knowledge of the

25 '073 patent through direct or indirect communications with AUO and/or as a result

26 of their participation in the LCD industry. Thus Defendants' infringement of the

27 '073 patent is and has been deliberate and willful.

28

32.    Unless enjoined, Defendants will continue to infringe the '073 patent, and AUO will suffer irreparable injury as a direct and proximate result of Defendants' conduct.

33.    AUO has been damaged by Defendants' conduct, and until an injunction issues will continue to be damaged in an amount yet to be determined.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs AUO prays for judgment as follows:

A.    That the Defendants have directly and/or indirectly infringed the Patents-in-Suit;

B.    That the Defendants' infringement of the Patents-in-Suit has been willful;

C.    That the Defendants and their parents, subsidiaries, affiliates, successors, predecessors, assigns, and the officers, directors, agents, servants and employees of each of the foregoing, and those persons acting in concert or participation with any of them, are preliminarily and permanently enjoined and restrained from continued infringement, including but not limited to using, making, importing, offering for sale and/or selling products that infringe, and from contributorily and/or inducing the infringement of the Patents-in-Suit prior to their expiration, including any extensions;

D.    That AUO be awarded monetary relief adequate to compensate AUO for the Defendants' acts of infringement of the Patents-in-Suit within the United States prior to the expiration of the Patents-in-Suit, including any extensions;

E.    That any monetary relief awarded to AUO regarding the infringement of the Patents-in-Suit by Defendants be trebled due to the willful nature of the Defendants' infringement of the Patents-in-Suit;

F.    That any monetary relief awarded to AUO be awarded with prejudgment interest;

1         G.      That this is an exceptional case and that AUO be awarded the

2 attorneys' fees, costs and expenses that it incurs prosecuting this action; and

3         H.      That AUO be awarded such other and further relief as this Court

4 deems just and proper.

5 DATED: March 2, 2011             WILSON SONSINI GOODRICH & ROSATI

6

7                       Ron E. Shulman (State Bar No. 178263)
                      RShulman@wsgr.com

8                       Michael A. Ladra (State Bar No. 64307)
                      MLadra@wsgr.com

9                       James C. Yoon (State Bar No. 177155)
                      JYoon@wsgr.com

10                      650 Page Mill Road
                      Palo Alto, CA 94304-1050

11                      Telephone: (650) 493-9300
                      Facsimile: (650) 565-5100

12                      Julie M. Holloway (State Bar No. 196942)
                      JHolloway@wsgr.com

13                      One Market Plaza
                      Spear Tower, Suite 3300

14                      San Francisco, CA 94105-1126
                      Telephone: (415) 947-2000

15                      Facsimile: (415) 947-2099

16                      Natalie J. Morgan (State Bar No. 211143)
                      nmorgan@wsgr.com

17                      12235 El Camino Real
                      Suite 200

18                      San Diego, CA 92130
                      Telephone: (858) 350-2300

19                      Facsimile: (858) 350-2399

20                      M. Craig Tyler (*pro hac vice pending*)
                      ctyler@wsgr.com

21                      Jose C. Villarreal (*pro hac vice pending*)
                      jvillarreal@wsgr.com

22                      Stephen R. Dartt (State Bar No. 247552)
                      sdartt@wsgr.com

23                      900 South Capital of Texas Hwy.
                      Las Cimas IV, Fifth Floor

24                      Austin, TX 78746
                      Telephone: (512) 338-5400

25                      Facsimile: (512) 338-5499

26

27

28

LATHAM & WATKINS LLP

Michael W. DeVries (State Bar No. 211001)
mike.devries@lw.com
650 Town Center Drive
20th Floor
Costa Mesa CA 92626-1925
Telephone:     (714) 755-8170
Facsimile:     (714) 755-8290

By: _____
    NATALIE J. MORGAN
    Attorneys for Plaintiffs
    AU OPTRONICS CORPORATION and
    AU OPTRONICS CORPORATION
    AMERICA

## **DEMAND FOR JURY TRIAL**

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiffs AU Optronics Corporation and AU Optronics Corporation America respectfully demands a trial by jury on all issues so triable in this action.

DATED:  March 2, 2011          WILSON SONSINI GOODRICH & ROSATI

Ron E. Shulman (State Bar No. 178263)
RShulman@wsgr.com
Michael A. Ladra (State Bar No. 64307)
MLadra@wsgr.com
James C. Yoon (State Bar No. 177155)
JYoon@wsgr.com
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100

Julie M. Holloway (State Bar No. 196942)
JHolloway@wsgr.com
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105-1126
Telephone:  (415) 947-2000
Facsimile:   (415) 947-2099

1     Natalie J. Morgan (State Bar No. 211143)
nmorgan@wsgr.com
2     12235 El Camino Real
Suite 200
3     San Diego, CA 92130
Telephone:  (858) 350-2300
4     Facsimile: (858) 350-2399

5     M. Craig Tyler (*pro hac vice pending*)
ctyler@wsgr.com
6     Jose C. Villarreal (*pro hac vice pending*)
jvillarreal@wsgr.com
7     Stephen R. Dartt (State Bar No. 247552)
sdartt@wsgr.com
8     900 South Capital of Texas Hwy.
Las Cimas IV, Fifth Floor
9     Austin, TX 78746
Telephone: (512) 338-5400
10    Facsimile: (512) 338-5499

11    LATHAM & WATKINS LLP

12    Michael W. DeVries (State Bar No. 211001)
mike.devries@lw.com
13    650 Town Center Drive
20th Floor
14    Costa Mesa CA 92626-1925
Telephone:   (714) 755-8170
15    Facsimile:    (714) 755-8290

16

17    By: _____
18       NATALIE J. MORGAN
Attorneys for Plaintiffs
19    AU OPTRONICS CORPORATION and
AU OPTRONICS CORPORATION
20    AMERICA

21

22

23

24

25

26

27

28

# TABLE OF EXHIBITS

| DOCUMENT | PAGES |
|---|---|
| Exhibit A - United States Patent No. 7,723,728 | 12-20 |
| Exhibit B - United States Patent No. 7,771,098 | 21-43 |
| Exhibit C - United States Patent No. 7,101,073 | 44-51 |

# EXHIBIT A

US007723728B2

(12) **United States Patent**

Chen et al.

(10) Patent No.: **US 7,723,728 B2**
(45) Date of Patent: **May 25, 2010**

(54) **FAN-OUT WIRE STRUCTURE FOR A DISPLAY PANEL**

(75) Inventors: **Kun-Hong Chen**, Danshuei Township, Taipei County (TW); **Wen-Rei Guo**, Jhunan Township, Miaoli County (TW)

(73) Assignee: **Au Optronics Corporation**, Hsinchu (TW)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 911 days.

(21) Appl. No.: **11/438,382**

(22) Filed: **May 22, 2006**

(65) **Prior Publication Data**

US 2007/0039706 A1      Feb. 22, 2007

(30) **Foreign Application Priority Data**

Aug. 19, 2005    (TW)  .............................. 94128484 A

(51) Int. Cl.
    *H01L 27/12*      (2006.01)
(52) U.S. Cl. ................... **257/72**; 257/E23.062; 257/29; 257/751; 349/151; 349/152; 345/98
(58) Field of Classification Search .......... 257/E23.062, 257/E23.07, E23.178, 72, 207, 751, E21.413, 257/29, 258; 162/301; 29/603.18, 603.25, 29/831, 847; 349/152, 151, 147–149; 345/90, 345/98–100; 174/254, 260; 438/30, 149
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,346,748 | A * | 9/1994 | Yokono | ...................... 428/209 |
| 5,892,558 | A | 4/1999 | Ge et al. | |
| 6,710,459 | B2 * | 3/2004 | Hsu | ........................... 257/778 |
| RE38,516 | E | 5/2004 | Hasegawa et al. | ............ 349/58 |
| 6,730,932 | B2 | 5/2004 | Yamazaki et al. | ............. 257/72 |
| 6,737,799 | B1 | 5/2004 | Lih et al. | |
| 6,831,724 | B2 * | 12/2004 | Ohta et al. | .................. 349/141 |
| 6,835,896 | B2 * | 12/2004 | Hwang et al. | ............... 174/255 |
| 6,872,580 | B2 * | 3/2005 | Chen et al. | ..................... 438/4 |
| 6,956,757 | B2 * | 10/2005 | Shepard | ....................... 365/100 |
| 7,005,852 | B2 * | 2/2006 | Andrei et al. | ............... 324/252 |

(Continued)

FOREIGN PATENT DOCUMENTS

| CN | 1499473 | 5/2004 |
|---|---|---|

(Continued)

OTHER PUBLICATIONS

English language translation of abstract of TW 571288.

(Continued)

*Primary Examiner*—Chris C Chu
(74) *Attorney, Agent, or Firm*—Thomas, Kayden, Horstemeyer & Risley

(57)      **ABSTRACT**

A fan-out wire structure is used to connect a driver and a display region of a display panel and has a plurality of first single-layer wires and at least one second single-layer wire. The first ends of the first single-layer wires are connected to the driver, and the second ends of the first single-layer wires are connected to the display area. The first end of the second single-layer wire is connected to the driver, and the second end of the second single-layer wire is connected to the display area. A metal layer of the first single-layer wires is different from a metal layer of the second single-layer wire.

**7 Claims, 4 Drawing Sheets**





US 7,723,728 B2

Page 2

| U.S. PATENT DOCUMENTS | | | |
|---|---|---|---|
| 7,215,331 | B2 | 5/2007 | Song et al. |
| 7,333,172 | B1 * | 2/2008 | Zhang ........................ 349/153 |
| 7,454,724 | B2 * | 11/2008 | Kurihara et al. ................ 716/5 |
| 7,459,779 | B2 * | 12/2008 | Chung et al. ................ 257/692 |
| 7,459,780 | B2 * | 12/2008 | Chen .......................... 257/695 |
| 7,527,900 | B2 * | 5/2009 | Zhou et al. .................... 430/5 |
| 2003/0128326 | A1 * | 7/2003 | Yamaguchi et al. ......... 349/152 |
| 2003/0200647 | A1 * | 10/2003 | Kamijima ............... 29/603.18 |
| 2005/0083742 | A1 | 4/2005 | Hwang et al. |

FOREIGN PATENT DOCUMENTS

| TW | | 460856 | 10/2001 |
|---|---|---|---|
| TW | | 569477 | 1/2004 |
| TW | | 571288 | 1/2004 |
| WO | WO | 9900695 | 1/1999 |

OTHER PUBLICATIONS

English language translation of abstract of TW 569477.
English language translation of abstract of CN 1499473.
English language translation of abstract of WO 9900695.

* cited by examiner

EXHIBIT A
Page 13



Fig. 1
(Prior Art)

Fig. 2
(Prior Art)



Fig. 3

408a

428
418



Fig. 4A

408b

428
418



Fig. 4B

408c

428
418



Fig. 4C



Fig. 5

US 7,723,728 B2

1

## FAN-OUT WIRE STRUCTURE FOR A DISPLAY PANEL

### RELATED APPLICATIONS

The present application is based on, and claims priority from, Taiwan Application Serial Number 94128484, filed Aug. 19, 2005, the disclosure of which is hereby incorporated by reference herein in its entirety.

### BACKGROUND

1. Field of Invention

The present invention relates to a display panel. More particularly, the present invention relates to a fan-out wire structure for the display panel.

2. Description of Related Art

Flat panel displays such as a liquid crystal display (LCD) and a plasma display have the advantages of high image quality, small size, light weight and a broad application range, and thus are widely applied on consumer electronic products such as a mobile phone, a notebook computer, a desktop display and a television, and have gradually replaced the conventional CRT displays as the main trend in the display industry. The requirements of the so-called big area and high resolution also become the key factors claimed by the flat panel displays.

FIG. 1 is a schematic diagram showing a conventional display panel. In a display panel 100, driver chips located on a data driver 104 and a scan driver 106 provide signals respectively to data lines and scan lines in a display area 102 via their own fan-out wire structures 108. Since the pin gaps of the driver chips are small and the gaps among the data lines or scan lines are large, the ends of the fan-out wire structures 108 close to the data driver 104 and the scan driver 106 has a smaller area and other ends of the fan-out wire structures 108 close to the display area 102 has a larger area, thus showing a fan-shaped area.

FIG. 2 is a schematic diagram showing the conventional fan-out wire structure. Generally speaking, different single-layer metal layers are used to form the wires 208 in accordance with different drivers 104 and 106 connected to the fan-out wire structures 108. For example, in the fan-out wire structure 108 connected to the data driver 104, the wires 208 thereof are formed from a second metal layer (M2) on the display panel; and in the fan-out wire structure 108 connected to the scan driver 106, the wires 208 thereof are formed from a first metal layer (M1) on the display panel.

However, with the increasing resolution of the flat panel display and the decreasing size of the display frame, the gaps among the wires 208 are also reduced and have approached to the limits allowed by the design rule. Moreover, for preventing signal quality from being affected by different lengths of transmission paths, the wires 208 in the fan-out wire structure 108 sometimes may need extra curves to provide the transmission paths of equal impedance, and yet, this method takes more space. Hence, the aforementioned conventional skill using one single-layer metal layer to construct all of the wires in the same fan-out wire structure 108 cannot satisfy the current requirements, and cannot be used for fabricating flat panel displays having higher resolution, lighter weight and thinner size, and better display quality.

### SUMMARY

Hence, one aspect of the present invention is to provide a fan-out wire structure for a display panel, thereby fabricating

2

a flat panel display with higher resolution, lighter weight and thinner size, and better display quality.

In accordance with a preferred embodiment, the fan-out wire structure comprises a plurality of wires. Each of the wires is formed from a single-layer metal layer, wherein the single-layer metal layer of at least one wire is different from the single-layer metal layer of the other wires.

In accordance with another preferred embodiment, the fan-out wire structure is located on a glass substrate of a display panel, and the fan-out wire structure comprises a plurality of wires. The wires are formed respectively from a first metal layer and a second metal layer formed on a glass substrate, wherein at least one of the wires is of the first metal layer, and at least one of the other wires is of the second metal layer, and each of the wires is not across both of the first metal layer and the second metal layer.

In accordance with still another preferred embodiment, the fan-out wire structure is used for connecting a driver to a display area in a display panel, and the fan-out wire structure comprises a plurality of first single-layer wires and at least one second single-layer wire. One end of each of the first single-layer wires is connected to the driver, and the other end of each of the first single-layer wires is connected to the display area. One end of the second single-layer wire is connected to the driver, and the other end of the second single-layer wire is connected to the display area, wherein the metal layer of the first single-layer wires is different from the metal layer of the second single-layer wire.

It is to be understood that both the foregoing general description and the following detailed description are examples, and are intended to provide further explanation of the invention as claimed.

### BRIEF DESCRIPTION OF THE DRAWINGS

These and other features, aspects, and advantages of the present invention will become better understood with regard to the following description, appended claims, and accompanying drawings where:

FIG. 1 is a schematic diagram showing a conventional display panel;

FIG. 2 is a schematic diagram showing the conventional fan-out wire structure;

FIG. 3 is a schematic diagram showing a display panel according to a preferred embodiment of the present invention;

FIG. 4A is a schematic diagram showing a fan-out wire structure according to a preferred embodiment of the present invention;

FIG. 4B is a schematic diagram showing a still another fan-out wire structure according to a preferred embodiment of the present invention;

FIG. 4C is a schematic diagram showing a further another fan-out wire structure according to a preferred embodiment of the present invention; and

FIG. 5 illustrates a cross-sectional view showing a preferred embodiment of the present invention.

### DESCRIPTION OF THE PREFERRED EMBODIMENTS

Reference will now be made in detail to the preferred embodiments of the present invention, examples of which are illustrated in the accompanying drawings. Wherever possible, the same reference numbers are used in the drawings and the description to refer to the same or like parts.

The present invention is featured in forming individual wires by using different single-layer metal layers, thereby

US 7,723,728 B2

**3**

promoting the wire distribution density in the fan-out wire structure via a plurality of metal layers and the wires each of which are not across different metal layers, thus fabricating a flat panel display with higher resolution, lighter weight and smaller size and better display quality.

FIG. 3 is a schematic diagram showing a display panel according to a preferred embodiment of the present invention, wherein a display panel 300 comprises a display area 302, a data driver 304 and a scan driver 306. The display panel 300 can be used in such as a liquid crystal display, a plasma display, an organic electroluminescent display, an optical interference display or other suitable flat panel displays.

The driver chips disposed in the data driver 304 and the scan driver 306 provide signals respectively to data lines and scan lines in the display area 302 via their own fan-out wire structures 308. Since the pin gaps of the driver chips are small and the gaps among the data lines or scan lines are large, the ends of the fan-out wire structures 308 close to the data driver 304 and the scan driver 306 has a smaller area and other ends of the fan-out wire structures 308 close to the display area 302 has a larger area, thus showing a fan-shaped area.

FIG. 4A is a schematic diagram showing a fan-out wire structure according to a preferred embodiment of the present invention, wherein a fan-out wire structure 408a comprises a plurality of wires 418 and a plurality of wires 428. Each of the wires 418 is formed form a first metal layer M1 alone, and each of the wires 428 is formed form a second metal layer M2 alone, i.e. each of the wires 418 or 428 is formed from a single-layer metal layer M1 or M2, and the metal layer of at least one wire is different from the metal layer of the other wires.

In one aspect, the fan-out wire structure 408a is located on a glass substrate of a display panel, and comprises a plurality of wires 418 and 428. The wires 418 and 428 are formed respectively from a first metal layer M1 and a second metal layer M2, wherein at least one wire (418) is of the first metal layer M1, and at least another wire (428) is of the second metal layer M2. Each of the wires 418 or 428 is not across the metal layers, i.e. each individual wire has to be formed from one single-layer metal layer M1 or Me alone.

In the other aspect, referring to FIG. 3 and FIG. 4A, the fan-out wire structure 408a is used for connecting the display area 302 to the driver 304 or 306, and comprises a plurality of single-layer wires 418 and at least one single-layer wire 428. One end of each first single-layer wire 418 is connected to the driver 304 or 306, and the other end of each first single-layer wire 418 is connected to the display area 302. One end of the second single-layer wire 428 is connected to the driver 304 or 306, and the other end of the second single-layer wire 428 is connected to the display area 302.

The first metal layer M1 of the first single-layer wires 428 is different from the second metal layer M2 of the second single-layer wire 418. Moreover, the single-layer wires 418 and 428 are connected to a plurality of pins of the driver 304 or 306 in a one-to-one relationship, i.e. to the pins of a driver chip.

FIG. 4B is a schematic diagram showing a still another fan-out wire structure according to a preferred embodiment of the present invention; and FIG. 4C is a schematic diagram showing a further another fan-out wire structure according to a preferred embodiment of the present invention. FIG. 4A to FIG. 4C are referenced for explaining the relationships between different single-layer wires and different single-layer metal layers thereof.

In accordance with the preferred embodiments of the present invention, the wires 418 and 428 are arranged in a predetermined sequence in the fan-out wire structure 408a

**4**

according to the respective single-layer metal layers of the wires 418 and 428. Further, two adjacent ones of the wires 418 and 428 are located on different metal layers, i.e. in case one of the two adjacent wires is located on the first metal layer M1, and the other one thereof is located on the second metal layer M2.

Such as shown in FIG. 4A, the wires 418 and 428 of different single-layer metal layers are alternately arranged, i.e. those next to both sides of the wires 418 located on the first metal layer M1 are the wires 428 located on the second metal layer M2. Or, such as shown in FIG. 4B, the wires 428 of the second metal layer M2 also can be formed directly above the wires 418 of the first metal layer M1.

Accordingly, the minimum gap between two wires 418 located on the first metal layer M1 can be as small as the limit allowed by the design rule, and the minimum gap between two wires 428 located on the second metal layer M2 also can be as small as the limit allowed by the design rule. By means of the arrangement in which two adjacent wires 418 and 428 are of different single-layer metal layers M1 and M2 respectively, the gap between two adjacent wires 418 and 428 can be as small as the limit allowed by the design rule, thereby increasing the number of wires accommodated in the fan-out wire structure and promoting the signal transmission quality.

A proper arrangement method between the wires 418 and the wires 428 may be selected by those who are skilled in the art in accordance with the requirement of design and specification, and is not limited to the one-to-one arrangement method shown in FIG. 4A or FIG. 4B. Such as shown in FIG. 4C, one wire 428 located on the second metal layer M2 also can be arranged between two wires 418 and another two wires 418 of the first metal layer M1, so as to appropriately increasing the wire density in the fan-out wire structure.

FIG. 5 illustrates a cross-sectional view showing a preferred embodiment of the present invention for explaining how to connect a wire 518 located on a first metal layer M1 in a fan-out wire structure 508 to a display element (not shown) located on a second metal layer M2 in a display area 502. Specifically speaking, while a connecting wire 538 of the display element in the display area 502 is located on the second metal layer M2 formed above a glass substrate 510, two through holes (not labeled) are first formed on the first metal layer M1 and the second metal M2, and then a wire 518 located on the first metal layer M1 in the fan-out wire structure 508 can be connected to the connecting wire 530 via a conductive layer 527 formed on the two through holes.

In other words, the single-layer wires described in the aforementioned preferred embodiments can be connected to circuit lines (such as data lines or scan lines) located on the meal layers different from where the single layer wires is, merely by using the through holes and conductive layer in the display area. Hence, in comparison to the conventional skill of using the wires all of which are formed from the second metal layer M2 to connect the data driver; and using the wires all of which are formed from the first metal layer M1 to connect the scan driver, the aforementioned preferred embodiment of the present invention can simultaneously use the fan-out wire structure containing wires of different single layers to connect the data driver or the scan driver.

It will be apparent to those skilled in the art that various modifications and variations can be made to the structure of the present invention without departing from the scope or spirit of the invention. In view of the foregoing, it is intended that the present invention cover modifications and variations of this invention provided they fall within the scope of the following claims and their equivalents.

US 7,723,728 B2

5

What is claimed is:

1. A fan-out wire structure disposed on a glass substrate of a display panel for connecting a driver to a display area in the display panel, comprising:

a plurality of wires respectively formed from a first metal layer and a second metal layer, wherein at least one of the wires is of the first metal layer, and at least one of the other wires is of the second metal layer, and each of the wires is not across both of the first metal layer and the second metal layer, wherein one end of each of the wires is connected to the driver, and the other end of each of the wires is connected to the display area, wherein two adjacent ones of the wires are separately formed from different metal layers.

2. The fan-out wire structure as claimed in claim 1, wherein the plurality of wires is repetitively arranged in the fan-out wire structure with a predetermined sequence according to the metal layer of each of the wires.

3. A fan-out wire structure used for connecting a driver to a display area in a display panel, comprising:

a plurality of first single-layer wires, wherein one end of each of the first single-layer wires is connected to the

6

driver, and the other end of each of the first single-layer wires is connected to the display area; and

at least one second single-layer wire, wherein one end of the second single-layer wire is connected to the driver, and the other end of the second single-layer wire is connected to the display area, and a metal layer of the first single-layer wires is different from a metal layer of the second single-layer wire.

4. The fan-out wire structure as claimed in claim 3, wherein the single-layer wires are connected to a plurality of pins of the driver in a one-to-one relationship.

5. The fan-out wire structure as claimed in claim 3, wherein the single-layer wires are repetitively arranged in the fan-out wire structure with a predetermined sequence according to the metal layer of each of the single-layer wires.

6. The fan-out wire structure as claimed in claim 3, wherein two adjacent ones of the single-layer wires are separately formed from different metal layers.

7. The fan-out wire structure as claimed in claim 3, wherein the single-layer wires are disposed on a glass substrate of the display panel.

*   *   *   *   *

# EXHIBIT B

US007771098B2

(12) **United States Patent**
Chu Ke et al.

(10) Patent No.: **US 7,771,098 B2**
(45) Date of Patent: **Aug. 10, 2010**

(54) **MULTI-PRIMARY COLOR DISPLAY**

(75) Inventors: **Hui Chu Ke**, Hsin-Chu (TW);
**Chih-Cheng Chan**, Hsin-Chu (TW);
**Guo-Feng Uei**, Hsin-Chu (TW)

(73) Assignee: **Au Optronics Corporation**, Hsin-Chu
(TW)

( * ) Notice: Subject to any disclaimer, the term of this
patent is extended or adjusted under 35
U.S.C. 154(b) by 194 days.

(21) Appl. No.: **11/963,917**

(22) Filed: **Dec. 24, 2007**

(65) **Prior Publication Data**

US 2009/0086133 A1      Apr. 2, 2009

(30) **Foreign Application Priority Data**

Sep. 28, 2007    (TW)  ............................. 96136407 A

(51) Int. Cl.
*G02F 1/00*        (2006.01)
(52) U.S. Cl. ...................................... **362/561**; 362/583
(58) Field of Classification Search ................ 362/583,
362/561; 345/694; 349/106, 409
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,006,172 | B2 | 2/2006 | Kawana et al. |
| 7,268,748 | B2 * | 9/2007 | Brown Elliott ............... 345/22 |
| 7,545,468 | B2 * | 6/2009 | Aoki ......................... 349/114 |
| 7,573,493 | B2 * | 8/2009 | Brown Elliott et al. ...... 345/690 |
| 2006/0132679 | A1 | 6/2006 | Sui et al. |
| 2009/0141381 | A1 * | 6/2009 | Itou et al. .................. 359/891 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 1716034 | 1/2006 |
| CN | 1725274 | 1/2006 |
| CN | 101006484 | 7/2007 |
| JP | 2006-215234 | 8/2006 |
| JP | 2007-140408 | 6/2007 |
| JP | 2007-226084 | 9/2007 |
| TW | 200521955 | 7/2005 |
| TW | 200643890 | 12/2006 |

OTHER PUBLICATIONS

English language translation of abstract of TW 200521955 (published Jul. 1, 2005).
English language translation of abstract of CN 1716034 (published Jan. 4, 2006).

(Continued)

*Primary Examiner*—Stephen F Husar
*Assistant Examiner*—Peggy A. Neils
(74) *Attorney, Agent, or Firm*—Thomas, Kayden, Horstemeyer & Risley

(57)        **ABSTRACT**

A multi-primary color display has a backlight source and pixels. Each pixel has at least four sub pixels, which display red primary color, green primary color, blue primary color and a fourth primary color, respectively. At the peak position of the fourth primary color located in the wavelength range between 550 nm~600 nm, the relative luminance ratio of the fourth primary color to the green primary color is greater than or equal to 0.5. When the ratio of the relative luminance meets the requirement and the relative luminance of a newly added primary color is greater than a certain value, the colors beyond the three-primary color gamut, which includes natural colors and other colors outside the natural color gamut, can be reproduced.

**16 Claims, 16 Drawing Sheets**



**US 7,771,098 B2**

Page 2

OTHER PUBLICATIONS

English language translation of abstract of CN 1725274 (published Jan. 25, 2006).

English language translation of abstract of JP 2006-215234 (published Aug. 17, 2006).

English language translation of abstract of TW 200643890 (published Dec. 16, 2006).

English language translation of abstract of JP 2007-140408 (published Jun. 7, 2007).

English language translation of abstract of CN 101006484 (published Jul. 25, 2007).

English language translation of abstract of JP 2007-226084 (published Sep. 6, 2007).

* cited by examiner



## Fig. 1



Fig. 2



Fig. 3A



Fig. 3B

Case 8:11-cv-00338-CJC -RNB   Document 1   Filed 03/02/11   Page 31 of 60   Page ID #:47



## Fig. 3C



Fig. 3D



**Fig. 4A**

Case 8:11-cv-00338-CJC -RNB   Document 1   Filed 03/02/11   Page 34 of 60   Page ID #:50



Fig. 4B



Fig. 4C



Fig. 4D



Fig. 5A



## Fig. 5B

Case 8:11-cv-00338-CJC -RNB   Document 1   Filed 03/02/11   Page 39 of 60   Page ID #:55



## Fig. 5C



## Fig. 5D



Fig. 6A



Fig. 6B

US 7,771,098 B2

1

# MULTI-PRIMARY COLOR DISPLAY

## RELATED APPLICATIONS

This application claims priority to Taiwan Application Serial Number 96136407, filed Sep. 28, 2007, which is herein incorporated by reference.

## BACKGROUND OF THE INVENTION

### 1. Field of Invention

The invention relates to a display device and, in particular, to a multi-primary color display.

### 2. Related Art

With advances in modern technologies, people have higher demands for the colors of display devices, hoping that they can provide more ample and saturated colors. Usual displays only use three primary colors (e.g., red, green, and blue primary colors). However, such three-primary color displays cannot thoroughly present all colors existing in nature, particularly sky blue and gold colors. In the prior art, a solution is to increase the saturation of the above-mentioned three primary colors, thereby enlarging the color gamut. However, this method has its limitations. Moreover, it has the disadvantage of a lower brightness due to the properties of the display. Another solution is to include a new primary color different from the red, green, and blue primary colors in the conventional three-primary color displays. This newly added primary color falls outside the triangular color gamut enclosed by the red, green, and blue primary colors on the CIE1931 chromatic diagram. Therefore, it can effectively increase the color gamut of the display, as well as keep or even enhance the brightness thereof.

## SUMMARY OF THE INVENTION

An objective of the invention is to provide a display device with a wider color gamut and more possible colors in nature.

In an embodiment of the invention, the display device includes a backlight source and pixels. Each pixel has at least four sub pixels displayed, respectively, red primary color, green primary color, blue primary color, and a fourth primary color. At the peak position of the fourth primary color located in the wavelength range between 550 nm~600 nm, the relative luminance ratio of the fourth primary color to the red primary color is greater than or equal to 1.

In another embodiment of the invention, the display device includes a backlight source and pixels. Each pixel has at least four sub pixels including red primary color, green primary color, blue primary color, and a fourth primary color. The peak position of the fourth primary color is located in the wavelength range between 550 nm~600 nm and the relative luminance ratio of the fourth primary color to the green primary color is greater than or equal to 0.5.

In a further embodiment of the invention, the display device includes a backlight source and pixels. Each pixel has at least four sub pixels including red primary color, green primary color, blue primary color, and a fourth primary color. In the wavelength range between 550 nm~600 nm the ratio of the total relative luminances of the fourth primary color and the red primary color is greater than or equal to 2.

In yet another embodiment of the invention, the display device includes a backlight source and pixels. Each pixel has at least four sub pixels including red primary color, green primary color, blue primary color, and a fourth primary color. In the wavelength range of 550~600 nm, the ratio of the total

2

relative luminances of the fourth primary color and the green primary color is greater than or equal to 0.5.

In yet another embodiment of the invention, the display device includes a backlight source and pixels. Each pixel has at least four sub pixels including red primary color, green primary color, blue primary color, and a fourth primary color. Suppose the backlight maximum of the backlight source is normalized to one, and the filter spectrum of the sub pixels of the fourth primary color is also normalized to one. The average relative luminance of the fourth primary color located in the wavelength range of 550 nm~600 nm is greater than or equal to 0.03.

In yet another embodiment of the invention, the display device includes a backlight source and pixels. Each pixel has at least four sub pixels including red primary color, green primary color, blue primary color, and a fourth primary color. In the wavelength range of 450 nm~500 nm, the ratio of the total relative luminances of the fourth primary color and the green primary color is smaller than or equal to 10.

In yet another embodiment of the invention, the display device includes a backlight source and pixels. Each pixel has at least four sub pixels including red primary color, green primary color, blue primary color, and a fourth primary color. In the wavelength range between 450 nm~500 nm, the ratio of the total relative luminances of the fourth primary color and the blue primary color is smaller than or equal to 10.

In yet another embodiment of the invention, the display device includes a backlight source and pixels. Each pixel has at least four sub pixels including red primary color, green primary color, blue primary color, and a fourth primary color. Suppose the backlight maximum of the backlight source is normalized to one, and the filter spectrum of the sub pixels of the fourth primary color is also normalized to one. The average relative luminance of the fourth primary color located in the wavelength range of 450 nm-500 nm is smaller than or equal to 10.

## BRIEF DESCRIPTION OF THE DRAWINGS

These and other features, aspects and advantages of the invention will become apparent by reference to the following description and accompanying drawings which are given by way of illustration only, and thus are not limitative of the invention, and wherein:

FIG. 1 is a schematic view of a display device according to an embodiment of the invention;

FIG. 2 shows the spectra of the four backlight sources used for simulations in the disclosed embodiments;

FIGS. 3A-3D show the relative luminance spectra of the first, second, third, and fourth backlight sources in combination with the red, green, and blue primary color filters according to the invention for obtaining larger color gamut;

FIGS. 4A-4D show the relative luminance spectra of the first, second, third, and fourth backlight sources in combination with the red, green, and blue primary color filters according to the invention for obtaining smaller color gamut;

FIG. 5A shows the relative color gamut and the relative luminance ratio of the yellow primary color to the red primary color obtained from several experiments in the first embodiment;

FIG. 5B shows the relative color gamut and the relative luminance ratio of the yellow primary color to the green primary color obtained from several experiments in the first embodiment;

US 7,771,098 B2

3

FIG. 5C shows the relative color gamut and the ratio of the total relative luminances of the yellow primary color and the red primary color obtained from several experiments in the first embodiment;

FIG. 5D shows the relative color gamut and the ratio of the total relative luminances of the yellow primary color and the green primary color obtained from several experiments in the first embodiment;

FIG. 6A shows the relative color gamut and the ratio of the total relative luminances of the cyan primary color and the green primary color obtained from several experiments in the first embodiment; and

FIG. 6B shows the relative color gamut and the ratio of the total relative luminances of the cyan primary color and the blue primary color obtained from several experiments in the first embodiment.

DETAILED DESCRIPTION OF THE INVENTION

The present invention will be apparent from the following detailed description, which proceeds with reference to the accompanying drawings, wherein the same references relate to the same elements.

The invention discloses the relation among the relative luminance (i.e., backlight intensity×transmittance) of the primary colors in a multi-primary color display. At an appropriate proportion of relative luminance or when the relative luminance of the newly added primary color is greater than a specific value, colors beyond the color gamut of the original three primary colors (including natural colors and those beyond the natural color gamut) can be produced.

An embodiment of the invention uses a simulation method to simulate and observe spectral variations in the relative luminance produced by the four different backlight sources and several sets of color filters, as the color gamut thus formed increases its range.

FIG. 1 is a schematic view of the display device in an embodiment of the invention. The display device 100 has a backlight source 104 and pixels 102. Each pixel 102 has at least four sub pixels 112 that displays red primary color (R), green primary color (G), blue primary color (B), and a fourth primary color (V), respectively. For example, the display device 100 can be a flat panel display, such as a liquid crystal display (LCD). Each sub pixel 112 has a distinct color filter for displaying a specific color from the light emitted by the backlight source 104.

FIG. 2 shows four backlight spectra used in the simulation of the disclosed embodiment. The vertical axis labels the relative luminance, and the horizontal axis labels the wavelength in units of rm. As shown in the drawing, the spectra

4

202, 204, 206, and 208 of the first, second, third, and fourth backlight sources, respectively, have their specific relative luminance distributions in different wavelength ranges. Therefore, they can combine with different sets of color filters to produce more colors in the simulations. FIGS. 3A-3D show the relative luminance spectra when the first, second, third, and fourth backlight sources, are combined respectively with the red, green, and blue primary color filters to render larger color gamut. The vertical axis labels the relative luminance, and the horizontal axis labels the wavelength in units of nm. In FIGS. 3A-3D, the spectra 302a-302d represent respectively the relative luminances in different wavelengths after each backlight source is combined with the red color filter. The spectra 304a-304d represent respectively the relative luminances in different wavelengths after each backlight source is combined with the green color filter. The spectra 306a-306d represent respectively the relative luminances in different wavelengths after each backlight source is combined with the blue color filter. The spectra 308a-308d represent respectively the relative luminances of the light emitted by the backlight source in different wavelengths.

FIGS. 4A-4D show the relative luminance spectra when the first, second, third, and fourth backlight sources, are combined respectively with the red, green, and blue primary color filters to render smaller color gamut. The vertical axis labels the relative luminance, and the horizontal axis labels the wavelength in units of nm. In FIGS. 4A-4D, the spectra 402a-402d represent respectively the relative luminances in different wavelengths after each backlight source is combined with the red color filter. The spectra 404a-404d represent respectively the relative luminances in different wavelengths after each backlight source is combined with the green color filter. The spectra 406a-406d represent respectively the relative luminances in different wavelengths after each backlight source is combined with the blue color filter. The spectra 408a-408d represent respectively the relative luminances of the light emitted by the backlight source in different wavelengths.

Afterwards, in the two sets of three-primary color filters for the above-mentioned larger color gamut and smaller color gamut, a different yellow or cyan primary color filter is added to obtain multiple sets of four primary color filters for simulations with four different backlight sources. Table 1 and Table 2 show the chromatic coordinates (x,y) of the yellow primary color or cyan primary color in the CIE1931 chromatic diagram when the four backlight sources are combined with the yellow primary color filter or the cyan primary color filter.

TABLE 1

| Chromatic coordinates of the yellow primary color for different backlight sources. | | | | | | | |
|---|---|---|---|---|---|---|---|
| First backlight source | | Second backlight source | | Third backlight source | | Fourth backlight source | |
| x | y | x | y | x | y | x | y |
| 0.4731 | 0.4949 | 0.4454 | 0.5128 | 0.4517 | 0.5196 | 0.4517 | 0.5174 |
| 0.4833 | 0.4925 | 0.4598 | 0.5071 | 0.4584 | 0.5215 | 0.4590 | 0.5194 |
| 0.4910 | 0.4902 | 0.4715 | 0.5017 | 0.4627 | 0.5226 | 0.4637 | 0.5205 |

US 7,771,098 B2

**5**

**TABLE 1-continued**

Chromatic coordinates of the yellow primary color for different backlight sources.

| First backlight source | | Second backlight source | | Third backlight source | | Fourth backlight source | |
|---|---|---|---|---|---|---|---|
| x | y | x | y | x | y | x | y |
| 0.4970 | 0.4879 | 0.4810 | 0.4968 | 0.4656 | 0.5231 | 0.4668 | 0.5210 |
| 0.5016 | 0.4858 | 0.4888 | 0.4923 | 0.4675 | 0.5233 | 0.4689 | 0.5213 |
| 0.5053 | 0.4838 | 0.4955 | 0.4883 | 0.4688 | 0.5233 | 0.4704 | 0.5213 |
| 0.5084 | 0.4821 | 0.5011 | 0.4846 | 0.4697 | 0.5233 | 0.4714 | 0.5212 |
| 0.5110 | 0.4805 | 0.5059 | 0.4813 | 0.4704 | 0.5232 | 0.4722 | 0.5211 |
| 0.5132 | 0.4790 | 0.5102 | 0.4783 | 0.4710 | 0.5230 | 0.4728 | 0.5209 |
| 0.5151 | 0.4777 | 0.5139 | 0.4756 | 0.4714 | 0.5228 | 0.4732 | 0.5208 |

**TABLE 2**

Chromatic coordinates of the cyan primary color for different backlight sources.

| First backlight source | | Second backlight source | | Third backlight source | | Fourth backlight source | |
|---|---|---|---|---|---|---|---|
| x | y | x | y | x | y | x | y |
| 0.1557 | 0.2376 | 0.1429 | 0.2809 | 0.1697 | 0.2186 | 0.1658 | 0.1880 |
| 0.1572 | 0.2646 | 0.1427 | 0.3092 | 0.1732 | 0.2453 | 0.1687 | 0.2124 |
| 0.1592 | 0.2927 | 0.1429 | 0.3382 | 0.1774 | 0.2734 | 0.1722 | 0.2384 |
| 0.1618 | 0.3215 | 0.1437 | 0.3673 | 0.1822 | 0.3024 | 0.1763 | 0.2659 |
| 0.1650 | 0.3506 | 0.1449 | 0.3962 | 0.1876 | 0.3319 | 0.1812 | 0.2944 |
| 0.1690 | 0.3795 | 0.1468 | 0.4243 | 0.1937 | 0.3613 | 0.1868 | 0.3235 |
| 0.1736 | 0.4077 | 0.1493 | 0.4514 | 0.2005 | 0.3901 | 0.1932 | 0.3527 |
| 0.1791 | 0.4348 | 0.1526 | 0.4771 | 0.2079 | 0.4179 | 0.2002 | 0.3814 |
| 0.1853 | 0.4604 | 0.1565 | 0.5011 | 0.2158 | 0.4442 | 0.2079 | 0.4091 |
| 0.1923 | 0.4841 | 0.1613 | 0.5231 | 0.2243 | 0.4685 | 0.2163 | 0.4355 |

The following two embodiments explain how to define the relative luminance of the newly added primary color (e.g., yellow or cyan primary color) by observing several experimental examples using the above-mentioned simulation process. The relative luminance relation between red, green primary colors and the yellow primary color in the wavelength range between 550 nm~600 nm and the relative luminance relation between green, blue primary colors and the cyan primary color in the wavelength range between 450 nm~500 nm can effectively produce colors outside the gamut of the three primary colors.

First Embodiment

FIG. 5A shows the relative color gamut and the ratio of the relative luminance of the yellow primary color to the red primary color according to several experimental results in the first embodiment. The little circle, hollow circle, cross, and hollow square represent the results of using the first backlight source, the second backlight source, the third backlight source, and the fourth backlight source in combination with different sets of four-primary color filters, respectively. The relative luminance ratio of the yellow primary color to the red primary color is taken at the peak position of the yellow primary color in the wavelength between 550 nm~600 nm. As shown in FIG. 5A, a wider color gamut is obtained when the ratio is greater than or equal to 1.

FIG. 5B shows the relative color gamut and the ratio of the relative luminance of the yellow primary color to the green primary color according to several experimental results in the first embodiment. The little circle, hollow circle, cross, and hollow square represent the results of using the first backlight source, the second backlight source, the third backlight

**6**

source, and the fourth backlight source in combination with different sets of four-primary color filters, respectively. The relative luminance ratio of the yellow primary color to the green primary color is taken at the peak position of the yellow primary color in the wavelength between 550 nm~600 nm. As shown in FIG. 5B, a wider color gamut is obtained when the ratio is greater than or equal to 0.5.

FIG. 5C shows the relative color gamut and the ratio of the ratio of the total relative luminances of the yellow primary color and the red primary color according to several experimental results in the first embodiment. The little circle, hollow circle, cross, and hollow square represent the results of using the first backlight source, the second backlight source, the third backlight source, and the fourth backlight source in combination with different sets of four-primary color filters, respectively. The ratio of the total relative luminances of the yellow primary color and the red primary color is taken in the wavelength between 550 nm~600 nm. As shown in FIG. 5C, a wider color gamut is obtained when the ratio of the total relative luminances is greater than or equal to 2.

FIG. 5D shows the relative color gamut and the ratio of the ratio of the total relative luminances of the yellow primary color and the green primary color according to several experimental results in the first embodiment. The little circle, hollow circle, cross, and hollow square represent the results of using the first backlight source, the second backlight source, the third backlight source, and the fourth backlight source in combination with different sets of four-primary color filters, respectively. The ratio of the total relative luminances of the yellow primary color and the green primary color is taken in the wavelength between 550 nm~600 nm. As shown in FIG. 5D, a wider color gamut is obtained when the ratio of the total relative luminances is greater than or equal to 0.5.

US 7,771,098 B2

**7**                                      **8**

TABLE 3

Relations of the relative luminance ratios and color gamut for FIGS. 5A-5D.

| $\dfrac{Y_{peaky}}{R_{peaky}}$ | Tendency | $\dfrac{Y_{peaky}}{G_{peaky}}$ | Tendency | $\dfrac{Y_{area550\sim600}}{R_{area550\sim600}}$ | Tendency | $\dfrac{Y_{area550\sim600}}{G_{area550\sim600}}$ | Tendency |
|---|---|---|---|---|---|---|---|
| 1.4859 | | 0.99722 | | 2.9895 | | 1.0114 | |
| 938.4043 | ↑ | 4.0694 | ↑ | 7.5361 | ↑ | 2.2268 | ↑ |

$\dfrac{Y_{peaky}}{R_{peaky}}$ : Ratio of the relative luminance of the yellow primary color to the red primary color (peak position in the wavelength of 550~600 nm);

$\dfrac{Y_{peaky}}{G_{peaky}}$ : Ratio of the relative luminance of the yellow primary color to the green primary color (peak position in the wavelength of 550~600 nm);

$\dfrac{Y_{area550\sim600}}{R_{area550\sim600}}$ : Ratio of the total relative luminances of the yellow primary color and the red primary color (in the wavelength of 550~600 nm);

$\dfrac{Y_{area550\sim600}}{G_{area550\sim600}}$ : Ratio of the total relative luminances of the yellow primary color and the green primary color (in the wavelength of 550~600 nm).

Table 3 shows the relationships of the ratios and the color gamut in FIGS. 5A-5D. The upper row gives the ratio in a smaller color gamut, and the lower row gives that in a larger color gamut. This clearly shows the change tendency in the ratio and the corresponding color gamut. In the wavelength range between 550 nm~600 nm, when the relative luminance of the red and green primary colors gets closer to the relative luminance of the yellow primary color, the color gamut thus formed is smaller. The ratios (area enclosed by the yellow primary color in the wavelength range of 550~600 nm)/(area enclosed by the red primary color in the wavelength range of 550~600 nm) and (area enclosed by the yellow primary color in the wavelength range of 550~600 nm)/(area enclosed by the green primary color in the wavelength range of 550~600 nm) are also smaller. That is, when the enclosed color gamut becomes larger, the spectrum of the yellow primary color remains almost the same while those of the red and green primary colors get lower.

To avoid the situation that colors beyond the color gamut of the three primary colors cannot be displayed even when the ratios are reached because the relative luminance of the primary colors is too small, the first embodiment also finds the required average relative luminance for the yellow primary color in the wavelength range between 550 nm~600 nm. When the maximum of the backlight emitted by the backlight source and the spectrum of the yellow primary color filter are both normalized to unity, the average relative luminance of the yellow primary color in the wavelength range between 550 nm~600 nm should be greater than or equal to 0.03 to avoid the above-mentioned situation.

Second Embodiment

FIG. 6A shows the relative color gamut and the ratio of the total relative luminances of the cyan primary color and the green primary color obtained from several experiments according to the second embodiment of the invention. The little circle, hollow circle, cross, and hollow square represent the results of using the first backlight source, the second backlight source, the third backlight source, and the fourth backlight source in combination with different sets of four-primary color filters, respectively. The total relative luminance here takes the total relative luminance of the cyan primary color and the green primary color in the wavelength range between 450 nm~500 nm. FIG. 6A shows that a larger

color gamut is obtained when the ratio of their total relative luminances is smaller than or equal to 1.

FIG. 6B shows the relative color gamut and the ratio of the total relative luminances of the cyan primary color and the blue primary color obtained from several experiments according to the second embodiment of the invention. The little circle, hollow circle, cross, and hollow square represent the results of using the first backlight source, the second backlight source, the third backlight source, and the fourth backlight source in combination with different sets of four-primary color filters, respectively. The total relative luminance here takes the total relative luminance of the cyan primary color and the blue primary color in the wavelength range between 450 nm~500 nm. FIG. 6B shows that a larger color gamut is obtained when the ratio of their total relative luminances is smaller than or equal to 1.

TABLE 4

Relations of the relative luminance ratios and the color gamut in FIGS. 6A-6B.

| $\dfrac{C_{area450\sim500}}{G_{area450\sim500}}$ | Tendency | $\dfrac{C_{area450\sim500}}{B_{area450\sim500}}$ | Tendency |
|---|---|---|---|
| 7.3217 | | 1.0956 | |
| 1.5293 | ↑ | 0.83304 | ↑ |

$\dfrac{C_{area450\sim500}}{G_{area450\sim500}}$ : Ratio of the total relative luminances of the cyan primary color and the green primary color (in the wavelength range of 450~500 nm);

$\dfrac{C_{area450\sim500}}{B_{area450\sim500}}$ : Ratio of the total relative luminances of the cyan primary color and the blue primary color (in the wavelength range of 450~500 nm).

Table 4 lists the relationships of the relative luminance ratios and the color gamut in FIGS. 6A-6B. The upper row gives the ratio in a smaller color gamut, and the lower row gives that in a larger color gamut. This clearly shows the change tendency in the ratio and the corresponding color gamut. In the wavelength range between 450 nm~500 nm, when the relative luminance of the cyan gets closer to the relative luminance of the blue primary color, the color gamut thus formed is smaller. In this case, the ratios (area enclosed by the cyan primary color in the wavelength range of 450~500

EXHIBIT B
Page 42

US 7,771,098 B2

9

nm)/(area enclosed by the blue primary color in the wavelength range of 450~500 nm) and (area enclosed by the cyan primary color in the wavelength range of 450~500 nm)/(area enclosed by the green primary color in the wavelength range of 450~500 nm) are greater. That is, when the enclosed color gamut becomes larger, the spectra of the blue and green primary colors remain almost the same while that of the cyan primary color get lower.

To avoid the situation that colors beyond the color gamut of the three primary colors cannot be displayed even when the ratios are reached because the relative luminance of the primary colors is too small, the second embodiment also finds the required average relative luminance for the cyan primary color in the wavelength range between 450 nm~500 nm. When the maximum of the backlight emitted by the backlight source and the spectrum of the cyan primary color filter are both normalized to unity, the average relative luminance of the cyan primary color in the wavelength range between 450 nm~500 nm should be smaller than or equal to 10 to avoid the above-mentioned situation.

The invention being thus described, it will be obvious that the same may be varied in many ways. Such variations are not to be regarded as a departure from the spirit and scope of the invention, and all such modifications as would be obvious to one skilled in the art are intended to be included within the scope of the following claims.

What is claimed is:

1. A display device, comprising:
a backlight source; and
a plurality of pixels, each of which has at least four sub pixels including red primary color, green primary color, blue primary color, and a fourth primary color;
wherein the relative luminance ratio of the fourth primary color to the red primary color is greater than or equal to 1 at the peak position of the fourth primary color located in the wavelength range between 550 nm~600 nm.

2. The display device of claim 1, wherein the fourth primary color is yellow primary color.

3. A display device, comprising:
a backlight source; and
a plurality of pixels, each of which has at least four sub pixels including red primary color, green primary color, blue primary color, and a fourth primary color;
wherein the relative luminance ratio of the fourth primary color to the green primary color is greater than or equal to 0.5 at the peak position of the fourth primary color located in the wavelength range between 550 nm~600 nm.

4. The display device of claim 3, wherein the fourth primary color is yellow primary color.

5. A display device, comprising:
a backlight source; and
a plurality of pixels, each of which has at least four sub pixels including red primary color, green primary color, blue primary color, and a fourth primary color;
wherein the ratio of the total relative luminances of the fourth primary color and the red primary color is greater than or equal to 2 in the wavelength range between 550 nm~600 nm.

6. The display device of claim 5, wherein the fourth primary color is yellow primary color.

10

7. A display device, comprising:
a backlight source; and
a plurality of pixels, each of which has at least four sub pixels including red primary color, green primary color, blue primary color, and a fourth primary color;
wherein the ratio of the total relative luminances of the fourth primary color and the green primary color is greater than or equal to 0.5 in the wavelength range between 550 nm~600 nm.

8. The display device of claim 7, wherein the fourth primary color is yellow primary color.

9. A display device, comprising:
a backlight source; and
a plurality of pixels, each of which has at least four sub pixels including red primary color, green primary color, blue primary color, and a fourth primary color;
wherein the average relative luminance of the fourth primary color is greater than or equal to 0.03 in the wavelength range between 550 nm~600 nm when the maximum of the backlight emitted by the backlight source and filters of the sub pixels of the fourth primary color are both normalized to unity.

10. The display device of claim 9, wherein the fourth primary color is yellow primary color.

11. A display device, comprising:
a backlight source; and
a plurality of pixels, each of which has at least four sub pixels including red primary color, green primary color, blue primary color, and a fourth primary color;
wherein the ratio of the total relative luminances of the fourth primary color and the green primary color is smaller than or equal to 10 in the wavelength range between 450 nm~500 nm.

12. The display device of claim 11, wherein the fourth primary color is cyan primary color.

13. A display device, comprising:
a backlight source; and
a plurality of pixels, each of which has at least four sub pixels including red primary color, green primary color, blue primary color, and a fourth primary color;
wherein the ratio of the total relative luminances of the fourth primary color and the blue primary color is smaller than or equal to 10 in the wavelength range between 450 nm~500 nm.

14. The display device of claim 13, wherein the fourth primary color is cyan primary color.

15. A display device, comprising:
a backlight source; and
a plurality of pixels, each of which has at least four sub pixels including red primary color, green primary color, blue primary color, and a fourth primary color;
wherein the average relative luminance of the fourth primary color is smaller than or equal to 10 in the wavelength range between 450 nm~500 nm when the maximum of the backlight emitted by the backlight source and filters of the sub pixels of the fourth primary color are both normalized to unity.

16. The display device of claim 15, wherein the fourth primary color is cyan primary color.

*   *   *   *   *

# EXHIBIT C

US007101073B2

(12) **United States Patent**
Li

(10) **Patent No.:**     **US 7,101,073 B2**
(45) **Date of Patent:**      **Sep. 5, 2006**

(54) **LIGHT POSITIONING DEVICE**

(75) Inventor:   **Cheng-Wei Li**, Kaohsiung (TW)

(73) Assignee:   **AU Optronics Corp.**, Hsinchu (TW)

( * ) Notice:   Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 161 days.

(21) Appl. No.: **10/880,203**

(22) Filed:   **Jun. 29, 2004**

(65)            **Prior Publication Data**
    US 2005/0254260 A1   Nov. 17, 2005

(30)        **Foreign Application Priority Data**
    May 13, 2004   (TW)  ............................. 93113441 A

(51) **Int. Cl.**
    *F21V 7/04*          (2006.01)
(52) **U.S. Cl.** ...................... **362/621**; 362/628; 362/631
(58) **Field of Classification Search** ................ 362/607, 362/612, 613, 555, 561, 511, 330, 581, 628, 362/630, 633, 634, 608, 610; 349/58, 615
    See application file for complete search history.

(56)            **References Cited**
        U.S. PATENT DOCUMENTS
    4,673,254 A *  6/1987  Kato et al. ................... 359/599

| | | | | |
|---|---|---|---|---|
| 4,714,983 A | * | 12/1987 | Lang | ........................... 362/27 |
| 5,876,107 A | * | 3/1999 | Parker et al. | ............... 362/600 |
| 5,947,578 A | * | 9/1999 | Ayres | ................... 362/629 |
| 6,241,358 B1 | * | 6/2001 | Higuchi et al. | ............. 362/613 |
| 6,530,670 B1 | * | 3/2003 | Hirayama | ..................... 362/628 |
| 6,671,013 B1 | * | 12/2003 | Ohkawa | ..................... 349/62 |
| 6,942,374 B1 | * | 9/2005 | Lee | ...................... 362/615 |

        FOREIGN PATENT DOCUMENTS

JP      2002-221502      11/2000
JP      2003-036718      2/2003

* cited by examiner

*Primary Examiner*—Renee Luebke
*Assistant Examiner*—Gunyoung T. Lee
(74) *Attorney, Agent, or Firm*—Thomas, Kayden, Horstemeyer & Risley

(57)            **ABSTRACT**

A light positioning device. The light positioning device comprises a light guide plate, a light source assembly and a frame. The light guide plate comprises a protrusion and a recess. The light source assembly is disposed on the protrusion of the light guide plate and abuts the light guide plate. The light source assembly comprises a light source module received in the recess of the light guide plate. The frame is disposed under the light guide plate and light source assembly.

**8 Claims, 5 Drawing Sheets**



EXHIBIT C
Page 44



# FIG. 1 ( Prior Art )



# FIG. 2 ( Prior Art )

EXHIBIT C
Page 45



## FIG. 3A ( Prior Art )



## FIG. 3B ( Prior Art )

EXHIBIT C
Page 46

<u>100</u>



FIG. 4

EXHIBIT C
Page 47

Case 8:11-cv-00338-CJC -RNB   Document 1   Filed 03/02/11   Page 53 of 60   Page ID #:69



111   110

112

113

112

113

112

113

112

## FIG. 5A



111   110

112

## FIG. 5B



111   110

112

## FIG. 5C

EXHIBIT C
Page 48

<u>100</u>

B-B



FIG. 6

EXHIBIT C
Page 49

US 7,101,073 B2

**1**

# LIGHT POSITIONING DEVICE

## BACKGROUND

The present invention relates to a light positioning device, and in particular to a light positioning device capable of reducing errors in assembly of a light guide plate, a light source assembly and a frame thereof.

LCD devices are generally multiple-layer structures comprising a light guide plate, a light source assembly, an LCD panel, a reflective plate, a diffusing plate and a frame. Conventionally, the light source assembly is first fixed on the frame and the light guide plate is then fitted into the frame.

Referring to FIG. 1, one side 11 of a conventional frame 1 is formed with a plurality of protrusions 12 and a plurality of recesses 13. The protrusions 12 and recesses 13 are alternately formed on the side 11.

Referring to FIG. 2, a conventional light source assembly 2 comprises a flexible circuit board 21 and a plurality of light source modules 22. Each light source module 22 comprises at least one light-emitting diode (LED).

Referring to FIG. 3A, the light source assembly 2 is first disposed on the side 11 of the frame 1. At this point, the light source modules 22 of the light source assembly 2 are respectively received in the recesses 13 of the side 11. A light guide plate 3 is then fitted into the frame 1 and abuts the light source assembly 2 to form a light positioning device 10.

Specifically, a tolerance or error may occur during manufacture of the frame 1. Further, assembly errors may occur between the light guide plate 3 and the frame 1 and between the light source assembly 2 and the frame 1. The cross section of the assembled light positioning device 10 is shown in FIG. 3B. Accordingly, a gap A exists between a light-input surface 31 of the light guide plate 3 and a light-output surface 23 of the light source modules and a displacement B exists between the central line of a LED 24 (or the light source module 22) of the light source assembly 2 and the central line of the light guide plate 3. The gap A and displacement B are often large, such that light from the LED 24 (or the light source module 22) cannot be effectively utilized by the light guide plate 3. Thus, the performance of the light positioning device 10 is adversely affected.

Additionally, assembly of the light positioning device 10 is complicated, resulting in increased manufacturing time, manpower and cost.

## SUMMARY

Accordingly, the invention provides an improved light positioning device to overcome the aforementioned problems. The light positioning device comprises a light guide plate, a light source assembly and a frame. The light guide plate comprises a protrusion and a recess. The light source assembly is disposed on the protrusion of the light guide plate and abuts the light guide plate. The light source assembly comprises a light source module received in the recess of the light guide plate. The frame is disposed under the light guide plate and light source assembly.

The light guide plate further comprises a main body. The protrusion and recess are formed on one side of the main body and the light source assembly abuts the main body.

The light source assembly further comprises a power transmission member electrically connected to the light source module.

The power transmission member comprises a flexible printed circuit board (FPCB) or a printed circuit board (PCB).

**2**

The light source module further comprises a light-emitting element.

The light-emitting element comprises a light-emitting diode (LED) or a cold cathode fluorescent lamp (CCFL).

The recess is rectangular, curved, or polygonal.

A detailed description is given in the following embodiments with reference to the accompanying drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

An embodiment of the present invention can be more fully understood by reading the subsequent detailed description and examples with references made to the accompanying drawings, wherein:

FIG. 1 is a schematic perspective view of a conventional frame;

FIG. 2 is a schematic perspective view of a light source assembly;

FIG. 3A is a schematic perspective view of a conventional light positioning device;

FIG. 3B is a partial cross section according to FIG. 3A;

FIG. 4 is a schematic top view of the light positioning device of an embodiment of the invention;

FIG. 5A is a schematic top view of the light guide plate of the light positioning device of an embodiment of the invention;

FIG. 5B is a schematic side view of the light guide plate of the light positioning device of an embodiment of the invention;

FIG. 5C is another schematic side view of the light guide plate of the light positioning device of an embodiment of the invention; and

FIG. 6 is a partial cross section according to FIG. 4.

## DETAILED DESCRIPTION

Referring to FIG. 4, the light positioning device 100 comprises a light guide plate 110, a light source assembly 120 and a frame 130. Referring to FIG. 4 and FIG. 5A, the light guide plate 110 comprises a main body 111, a plurality of protrusions 112 and a plurality of recesses 113. The protrusions 112 and recesses 113 are alternately formed on one side of the main body 111. The light guide plate 110 can alternatively comprise lateral shapes as shown in FIG. 5B and FIG. 5C.

As shown in FIGS. 4, 5A and 6, the light source assembly 120 is disposed on the protrusions 112 of the light guide plate 110 and abuts the main body 111 thereof. The light source assembly 120 comprises a plurality of light source modules 121 received in the recesses 113 of the light guide plate 110. Moreover, the light source assembly 120 comprises a power transmission member 122. The light source modules 121 are disposed on the power transmission member 122 and electrically connected thereto. The light source modules 121 can thus acquire power via the power transmission member 122. Additionally, the power transmission member 122 can be a flexible printed circuit board (FPCB) or a printed circuit board (PCB).

As shown in FIG. 6, each light source module 121 further comprises a light-emitting element 123 disposed therein. The light-emitting element 123 can be a light-emitting diode (LED) or a cold cathode fluorescent lamp (CCFL).

Specifically, although the recesses 113 of the light guide plate 110 of this embodiment are rectangular, the recesses 113 can selectively be curved or polygonal in accordance with the shape of the light source modules 121.

EXHIBIT C
Page 50

US 7,101,073 B2

3

The following description is directed to assembly of the light positioning device 100.

The light source assembly 120 is directly fixed on the protrusions 112 of the light guide plate 110. At this point, a gap A' between a light-input surface 114 of the main body 111 of the light guide plate 110 and a light-output surface 125 of each light source module 121 can be adjusted to be a minimal or optimal distance. The central lines of the light-emitting element 123 of each light source module 121 and main body 111 of the light guide plate 110 can also be adjusted to coincide with each other. As shown in FIG. 4, the assembled light source assembly 120 and light guide plate 110 are then fitted into the frame 130. At this point, the assembly of the light positioning device 100 is complete.

In conclusion, the light positioning device 100 has many advantages including the following. Since the light source assembly 120 is fixed directly on the light guide plate 110, the assembly errors therebetween are reduced. Each light-emitting element 123 directly outputs light toward the center of the main body 111 of the light guide plate 110. Thus, light from each light-emitting element 123 is effectively utilized by the light guide plate 110, enhancing brightness of the light positioning device 100 (or an LCD device). Moreover, the assembly of the light positioning device 100 is simplified, thereby reducing manufacturing time, manpower and cost. Additionally, the frame 130 is simplified. Namely, the frame 130 is formed without any protrusions and recesses as are required by the conventional frame 1, thus reducing manufacturing time and cost. Further, since the frame 130 is simplified, the frame 130 provides more space for additional deployment than the conventional frame 1.

While the invention has been described by way of example and in terms of the preferred embodiments, it is to be understood that the invention is not limited to the disclosed embodiments. To the contrary, it is intended to cover various modifications and similar arrangements (as would be apparent to those skilled in the art). Therefore, the scope of the appended claims should be accorded the broadest interpretation so as to encompass all such modifications and similar arrangements.

What is claimed is:

1. A light positioning device, comprising:

a light guide plate, comprising a main body, a protrusion and a recess, wherein the protrusion and recess are formed on one side of the main body, and a thickness of the protrusion is less than that of the main body;

4

a light source assembly disposed on the protrusion of the light guide plate and abutting the main body of the light guide plate, wherein the light source assembly comprise a light source module and a power transmission member, wherein the power transmission member comprises a printed circuit board (PCB), the light source module is received in the recess of the light guide plate, and the power transmission member is electrically connected to the light source and disposed on the protrusion; and

a frame disposed under the light guide plate and light source assembly.

2. A light positioning device, comprising:

a light guide plate comprising a main body, a protrusion and a recess, wherein the protusion and recess are formed on one side of the main body, and a thickness of the protrusion is less than that of the main body;

a light source assembly disposed on the protrusion of the light guide plate and abutting the main body of the light guide plate, wherein the light source assembly comprises a light source module and a power transmission member wherein the power transmission member comprises a flexible printed circuit board (PCB), the light source module is received in the recess of the light guide plate, and the power transmission member is electrically connected to the light source module and disposed on the protrusion; and

a frame disposed under the light guide plate and light source assembly.

3. The light positioning device as claimed in claim 2, wherein the light source module further comprises a light-emitting element.

4. The light positioning device as claimed in claim 3, wherein the light-emitting element comprises a light-emitting diode (LED).

5. The light positioning device as claimed in claim 3, wherein light-emitting element comprises a cold cathode flourescent lamp (CCFL).

6. The light positioning device as claimed in claim 2, wherein the recess is rectangular.

7. The light positioning device as claimed in claim 2, wherein the recess is curved.

8. The light positioning device as claimed in claim 2, wherein the recess is polygonal.

* * * * *

EXHIBIT C
Page 51

Name & Address:
Natalie J. Morgan, Esq.
Wilson, Sonsini, Goodrich & Rosati
12235 El Camino Real, Suite 200
San Diego, California 92130-3002
Phone | 858-350-2300

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

AU OPTRONICS CORPORATION, a Taiwanese
corporation, and AU OPTRONICS CORPORATION
AMERICA, a California corporation

PLAINTIFF(S)

v.

SHARP CORPORATION a.k.a. SHARP KABUSHIKI
KAISHA a Japanese corporation, and SHARP
ELECTRONICS CORPORATION, a. *New York*
*CORPORATION*

DEFENDANT(S).

CASE NUMBER

**SACV11-00338 CJC (RNBx)**

**SUMMONS**

TO:   DEFENDANT(S): _____

_____

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it), you
must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint
☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer
or motion must be served on the plaintiff's attorney, Natalie J. Morgan_____, whose address is
WSGR, 12235 El Camino Real, Suite 200  San Diego, California 92130-3002_____. If you fail to do so,
judgment by default will be entered against you for the relief demanded in the complaint.  You also must file
your answer or motion with the court.

Clerk, U.S. District Court

Dated: _____   MAR - 2 2011

By: _____
    J. Barrera
    Deputy Clerk

*(Seal of the Court)*   1144

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed
60 days by Rule 12(a)(3)].*

CV-01A (12/07)                                    SUMMONS

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)

AU OPTRONICS CORPORATION, a Taiwanese corporation, and
AU OPTRONICS CORPORATION AMERICA, a California corporation

**DEFENDANTS**
SHARP CORPORATION a k a SHARP KABUSHIKI KAISHA, a Japanese corporation, and SHARP ELECTRONICS CORPORATION, a New York corporation

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Natalie J. Morgan, Esq , Wilson, Sonsini, Goodrich & Rosati
12235 El Camino Real, Suite 200, San Diego, California 92130-3002
Phone | 858-350-2300

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff    ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant    ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No   ☑ **MONEY DEMANDED IN COMPLAINT: $** TO BE DETERMINED

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
35 U.S.C. § 100 et seq , particularly §§ 271, 281, 283, 284 and 285

**VII. NATURE OF SUIT** (Place an X in one box only.)

**OTHER STATUTES**
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 890 Other Statutory Actions
☐ 891 Agricultural Act
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Info. Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS**
**PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Fed. Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury-Med Malpractice
☐ 365 Personal Injury-Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**IMMIGRATION**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus-Alien Detainee
☐ 465 Other Immigration Actions

**TORTS**
**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accommodations
☐ 444 Welfare
☐ 445 American with Disabilities - Employment
☐ 446 American with Disabilities - Other
☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence Habeas Corpus
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus/Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**FORFEITURE/PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety /Health
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS-Third Party 26 USC 7609

**FOR OFFICE USE ONLY:** Case Number: **SACV11-00338 CJC (RNBx)**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                CIVIL COVER SHEET                Page 1 of 2

COPY



**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No  ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
  ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
  ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
  ☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | AU Optronics Corporation America: Santa Clara County, California<br>AU Optronics Corporation: Taiwan |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Sharp Electronics Corporation: Orange County, California | Sharp Corporation: Japan |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Claim I, Claim II, and Claim III arose in Orange County, California. | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____   Date  3/2/11

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Cormac J. Carney  and the assigned discovery Magistrate Judge is Robert N. Block.

The case number on all documents filed with the Court should read as follows:

## SACV11- 338 CJC (RNBx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

==========================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[_]  **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[X]  **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[_]  **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.